UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 690 (KPF) |
| GREGORIS MARTINEZ, | SCHEDULING ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a change of plea hearing on January 19, 2021, at 3:00 p.m. The hearing shall take place by video. Instructions for accessing the videoconference will be shared in advance of the hearing.

SO ORDERED.

Dated:  January 8, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge