# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

April 28, 2021

*By ECF and email*



The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *U.S. v. Gregoris Martinez*, 19 CR 690-KPF

Dear Judge Failla:

    I represent Gregoris Martinez under the CJA. I am writing to request a 30-day adjournment of Mr. Martinez's sentencing, which is scheduled for May 25, 2021 at 3:00 pm, to a date in late June 2021. This is Mr. Martinez's first request for an adjournment of his sentencing. The government has no objection to this request.

    The reason for this request is that Mr. Martinez has recently come under the care of a psychiatrist, who has prescribed new medications. I have been advised that the doctor may need to adjust the dosages or change the prescription after observing how Mr. Martinez responds over the next four weeks. Accordingly, we are requesting a 30-day adjournment to ensure that the medications do not interfere with Mr. Martinez's sentencing and to allow his doctor to adjust his medications, if necessary.

    Mr. Martinez is currently released on bail, subject to conditions including electronic monitoring and a curfew. Mr. Martinez has been fully compliant with the conditions of his release.

    Thank you for your attention.

Respectfully,

Zachary S. Taylor

cc:    Aline Flodr, Esq. (*by ECF*)
        Mollie Bracewell, Esq. (*by ECF*)
        Nicholas Chiuchiolo, Esq. (*by ECF*)
        Gregoris Martinez (*by email*)

Application GRANTED.  The sentencing scheduled for May 25, 2021, is hereby ADJOURNED to June 25, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The opening sentencing submission shall be due on or by June 11, 2021, and the response sentencing submission shall be due on or by June 18, 2021.

Dated:     April 28, 2021  
          New York, New york

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE