# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

January 12, 2022

*By ECF and Email*

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square, Room 2103
New York, NY 10007



**Re:**   ***U.S. v. Gregoris Martinez*, 19 CR 690-KPF**

Dear Judge Failla:

I represent Gregoris Martinez in the above-referenced matter. I am writing to request that the Court authorize Pretrial Services to release Mr. Martinez's passport to his fiancée, Stephanie Figueroa.

Mr. Martinez's surrendered his passport to Pretrial Services as a condition of his bail. On January 7, 2022, he surrendered at his designated facility and began serving his sentence.

Respectfully,

Zachary S. Taylor

cc:   Aline Flodr, Esq. (*by ECF and email*)
      Courtney M. DeFeo, United States Pretrial Services Officer (*by email*)

Application GRANTED.  The Clerk of Court is directed to terminate
the pending motion at docket entry 224.

Date:      January 13, 2022          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE