UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 690 (KPF) |
| GREGORIS MARTINEZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Upon the motion by counsel for Gregoris Martinez, Reg. No. 87250-054, most recently detained at USP Lewisburg, it is hereby ORDERED that the Bureau of Prisons ("BOP") release to Mr. Martinez's counsel, Zachary S. Taylor, within five business days of receipt of this Order, Mr. Martinez's complete medical records from the time he entered into the custody of the BOP to the present.

The BOP is further ORDERED to facilitate an attorney-client telephone call between Mr. Martinez and his counsel, provided that such a call does not interfere with Mr. Martinez's medical treatment.

SO ORDERED.

Dated:  January 22, 2024
        New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge