UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 690 (KPF) |
| GREGORIS MARTINEZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

In light of the parties' submissions regarding Mr. Martinez's current medical condition (Dkt. #280, 283) and the Court's subsequent correspondence with the parties, the parties are hereby ORDERED to appear for a telephonic conference on **October 22, 2024,** at **2:00 p.m.** The dial-in information is as follows: At the designated time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:  October 16, 2024
        New York, New York

KATHERINE POLK FAILLA
United States District Judge